PER CURIAM.

(No. 75-CC-216— )

EXXON COMPANY, U.S.A., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed December 4, 1974.*

JAMES M. LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.